```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

DANE RICARDO SNOWBALL,            *

    Petitioner,               *

vs.                               *
                             CASE NO. 4:13-CV-119-CDL-MSH
IMMIGRATION AND CUSTOMS           *      28 U.S.C. § 2241
ENFORCEMENT,
                                *

    Respondent.
                                *

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on October 8, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 5th day of November, 2013.

                                                  s/Clay D. Land
                                                       CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE